# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CRAWFORD JONES,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTRYWIDE HOMELOAN; et al.,<br><br>    Defendants. | NO. 1:11-CV-00405 AWI JLT<br><br>ORDER VACATING HEARING DATE OF APRIL 18, 2011, AND TAKING MATTERS UNDER SUBMISSION |

    Defendants have noticed for hearing and decision a motion to dismiss and a motion to strike. The matters were scheduled for hearing to be held on April 18, 2011. Pursuant to Local Rule 230(c), Plaintiff was required to file either an opposition or a notice of non-opposition no later than April 4, 2011. Plaintiff failed to do so.

    Due to Plaintiff's failure to file timely oppositions or notices of non-opposition, he is in violation of the Local Rules. Plaintiff is further not entitled to be heard at oral argument in opposition to the motions. <u>See</u> Local Rule 230(c). The court has reviewed Defendants' motions and the applicable law, and has determined that the motions are suitable for decision without oral argument. <u>See</u> Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 18, 2011, is VACATED, and no party shall appear at that time. As of April 18, 2011, the court will take the matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 14, 2011                                        /s/ signature<br>
                                                                                   CHIEF UNITED STATES DISTRICT JUDGE